UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TYRELL CHANDLER, Plaintiff, v. KATHLEEN ALLISON, et al., Defendants. | Case No. 19-cv-06452-EMC **ORDER OF TRANSFER** |

Plaintiff filed this *pro se* civil rights action, complaining of events and omissions at the California State Prison - Sacramento, which is located in Sacramento County, California. Sacramento County is within the venue of the Eastern District of California. The defendants are employed at the prison in Solano County and at CDCR headquarters in Sacramento, and apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint are alleged to have occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

**IT IS SO ORDERED**.

Dated: February 6, 2020

_____
EDWARD M. CHEN
United States District Judge